UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| RAYMOND PADILLA, | ) | 3:07-CV-0171-RAM |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| STATE OF NEVADA, DEPARTMENT OF CORRECTIONS, et al., | ) | |
| Defendants. | ) | |

On January 25, 2013, the plaintiff was paroled from incarceration.

As of today's date, plaintiff has failed to immediately file with the Court written notification of any change of address including a proof of service upon each opposing party or the party's attorney in accordance with Local Special Rule 2-2 of the United States District Court District of Nevada's Local Rules of Practice. Failure to comply with Local Special Rule 2-2 may result in dismissal of the action with prejudice.

Therefore, this action is dismissed with prejudice.

The status conference set for May 1, 2013 at 2:00 p.m. is VACATED.

**IT IS SO ORDERED.**

DATED: April 24, 2013.

ROBERT A. MCQUAID, JR.
UNITED STATES MAGISTRATE JUDGE